**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE NICOLE JORDAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00921 GSA<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

　　　　On remand, the agency vacate the prior decision and issue a new decision. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 31, 2022　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　PETER THOMPSON
　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　By　　　/s/  *Patrick Snyder*
　　　　　　　　　　　　　　　　　　　　PATRICK SNYDER
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: May 26, 2022

　　　　　　　　　　　　　　By　　　*/s/ Brian Shapiro*
　　　　　　　　　　　　　　　　　　　　(*as authorized via e-mail)

1

BRIAN SHAPIRO
Attorney for Plaintiff

## ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **May 31, 2022**              **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE